470 A.2d 1041

Commonwealth v. Jenkins, Appellant.

Submitted September 9, 1983. James Robert Protasio, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

470 A.2d 1041

Commonwealth v. Lewis, Appellant.

Petition for Allowance of Appeal
Denied May 21, 1984.

Submitted June 23, 1983. Paul Perry de Marco, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.